# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ROMIE GRADY, JR.,**
**ADC #100730**                                                                 **PLAINTIFF**

V.                          CASE NO. 5:19-CV-145-JM-BD

**JAMES SHIPMAN,** *et al*.                                                     **DEFENDANTS**

## ORDER

Summonses issued for Defendants Louise Wells and Eric Wilkins were returned to the Court unexecuted. (Docket entries #10, #11) The Arkansas Department of Correction Compliance Office, however, has provided the last-known addresses for these Defendants, under seal. (*Id*.)

The Clerk of Court is directed to prepare new summonses for Defendants Wells and Wilkins; and the United States Marshal is directed to serve these Defendants with summonses and a copy of the complaint (#2), without prepayment of fees and costs or security, at the address provided under seal. Importantly, these Defendants' private mailing addresses must be <u>redacted</u> from the return of service any other public portion of the record.

IT IS SO ORDERED, this 17th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE