# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ROMIE GRADY, JR.**
**ADC # 100730**                                                          **PLAINTIFF**

**V.**                              **5:19CV00145 JM-BD**

**JAMES SHIPMAN, et al.**                                                 **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition from United States Magistrate Judge Beth Deere and the relevant record de novo. Plaintiff has filed objections. In these objections, Plaintiff makes new allegations regarding the personal participation of Defendants Shipman and Carroll. The Court will construe the Plaintiff's objections as a supplement to his Complaint.

The Court adopts the Partial Recommend Disposition in part. The Court specifically adopts the findings and recommendations regarding Plaintiff's claims of failure to supervise and failure to investigate against Defendant Shipman; Plaintiff's claims of failure to investigate and false disciplinary against Defendant Carroll; and Plaintiff's claims of verbal abuse and failure to protect against Defendant Plummer. In light of the Plaintiff's objections and the new factual allegations made therein, the Court declines to adopt the portion of the Partial Recommended Disposition regarding Plaintiff's claims of failure to protect against Defendants Shipman and Carroll.

Service is now appropriate for these Defendants. The Clerk of the Court is directed to prepare a summons for Defendants Shipman and Carroll, and the United States Marshal is directed to serve copies of the Complaint with any attachments and supplement (docket entries #2, #15), and a summons for Defendants through the Compliance Division of the Arkansas

Department of Corrections without prepayment of fees and costs or security therefor.

In conclusion, the Court adopts in part the Partial Recommended Disposition of Magistrate Judge Beth Deere (ECF No. 9). The following claims are dismissed without prejudice:

1. Claims of failure to supervise and failure to investigate against Defendant Shipman;
2. Claims of failure to investigate and false disciplinary against Defendant Carroll;
3. All claims against Defendant Plummer; and
4. Claims of verbal abuse against Defendant Wells.

IT IS SO ORDERED this 20th day of June, 2019.

_____
James M. Moody Jr.
United States District Judge