IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROMIE GRADY, JR.**                                                                                          **PLAINTIFF**
**ADC #100730**

V.                                            NO. 5:19-cv-00145-JM-ERE

**JAMES SHIPMAN, Deputy Warden,**
**Varner Super Max,** *et al.*                                                                                **DEFENDANTS**

## ORDER

The Court has received a Recommendation, filed by Magistrate Judge Edie R. Ervin, for granting Defendants' Motion for Partial Summary Judgment. After careful review of the Recommendation, Mr. Grady's timely objections, as well as a de novo review of the record, the Court approves and adopts the Recommendation in all respects.

IT IS THEREFORE ORDERED that:

Defendants' Motion for Partial Summary Judgment (Doc. 106) is GRANTED, and Plaintiff's claims against Defendants James Shipman, Brandon Carroll, and Lorennetta Smith[1] are DISMISSED, with prejudice.

IT IS SO ORDERED, this 29th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Clerk is instructed to update the docket sheet to reflect Defendant Smith's full name: Lorennetta Smith. (ECF No. 18, 121).