IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROMIE GRADY, JR.**                                                **PLAINTIFF**

V.                              **5:19CV00145 JM**

**LOUISE WELLS, Corporal,**
Varner Supermax;
**ERIC WILKINS, Corporal,**
Varner Supermax                                               **DEFENDANTS**

## JUDGMENT

Pursuant to the Court's findings of facts and conclusions of law set forth in the Order entered today, it is hereby CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Plaintiff and against Defendant Louise Wells in the amount of $150,000 for damages and $350 for court costs. It is further CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Defendant Eric Wilkins. The Clerk is directed to close the case.

IT IS SO ORDER this 22nd day of March, 2023.

_____
James M. Moody Jr.
United States District Judge