# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ROMIE GRADY, JR.**                                                                          **PLAINTIFF**

v.                              **NO. 5:19-CV-145 JM**

**LOUISE WELLS, Corporal,**
Varner Supermax;
**ERIC WILKINS, Corporal,**
Varner Supermax                                                      **DEFENDANTS**

## JUDGMENT

This action came on for trial April 22, 2024, before the Court and a jury, the Honorable James M. Moody Jr., United States District Judge presiding. The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on the same day. The jury found in favor of the Plaintiff and against Defendant Louise Wells.[1] The jury awarded Plaintiff $5,000.00 in compensatory damages and $5,000 in exemplary damages to be paid by Defendant Wells. All damages will accrue interest from this date at the rate of 5.12% per annum until the date paid.[2]

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that Judgment be entered in favor of the Plaintiff and against Defendant Louise Wells. The Clerk is directed to close the case.

Dated this 22nd day of May, 2024.

NUNC PRO TUNC to April 22, 2024.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to the Order entered on March 22, 2023, Judgment was entered in favor of Defendant Eric Wilkins and against Plaintiff.
[2] The interest rate for judgments entered on April 22, 2024.